Office of International Legal Matters

Matter: Letters Rogatory

Dated October 21, 2003

Pablo Zapata Zubiaga
President of Supreme Court of Justic
of the State of Chihuahua

Attached please find Letters Rogatory submitted by the US Court, District of Connecticut re Civil Action No. 302CV1972AVC brought by **Elizabeth D. McParland v. Viajes Flightline S.L. and Others.**

On this particular, and based on article 5 of "Convention of Notification or Transfer to a Foreign Country of Legal Documents in a Civil or Commercial Matter" (published in the Official Diary of the Federation of Feb. 16, 2001) I request that if you find them according to the law, you submit these to the competent Judge of that State so that he may direct the attached documents to ROBERT LOVELESS, with address at the General Consulate of the US, on Av. Lpez Mateos 924 Nte., City of Juarez, Chihuahua, informing him of a term of two days to respond to the demand filed against him.

According to article 6 of the cited international document, the Court with knowledge of the rogatory sent, must expedite a certification according to the annexed form, and must state the following: time and place of compliance, as well as the person who received the document o reasons why this was not accomplished.

Once this is accomplished, please send proof to this "General Direction", the original document and corresponding certification in order to return it to the appropriate authorities.

Signed: Bertha Sanchez Miranda (Director of International Judicial Assistance)



SECRETARIA DE RELACIONES EXTERIORES

Dependencia: DIRECCIÓN GENERAL DE ASUNTO
JURÍDICOS. DIRECCIÓN DE ASISTENC
JURÍDICA INTERNACIONAL.

Número: ASJ

Expediente: 541-1-1547/03.
**RESERVADA**         27325

Asunto: SE REMITE CARTA ROGATORIA PARA :
DILIGENCIACIÓN

"2003. Año del CCL Aniversario del Natalicio
Don Miguel Hidalgo y Costilla, Padre de la Patria

Tlatelolco, D.F.,    **21 OCT. 2003**

**MAGDO. PABLO ZAPATA ZUBIAGA
PRESIDENTE DEL TRIBUNAL
SUPERIOR DE JUSTICIA DEL
ESTADO DE CHIHUAHUA
PRESENTE**

Se acompaña al presente carta rogatoria librada por el Tribunal Distrito de los Estados Unidos de América, Distrito de Connecticut, deducida de la Acción Civil N 302CV1972AVC, promovida por **ELIZABETH D. McPARLAND,** en contra de **VIAJES FLIGHTLIN S.L. y OTROS.**

Sobre el particular, y con fundamento en el artículo 5 inciso a) "Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales Extrajudiciales en Materia Civil o Comercial", (publicado en el Diario Oficial de la Federación el 16 febrero de 2001), solicito a usted que de encontrarla ajustada a derecho, la remita al Juez competer de ese Estado, a fin de que se acuerde su despacho y se practique la diligencia solicitada, consister en notificar a ROBERT LOVELESS, con domicilio laboral en el Consulado General de los Estac Unidos, ubicado en Av. López Mateos 924 Nte, Ciudad Juárez, Chihuahua, el contenido de documentos que se anexan al presente, haciendo de su conocimiento que cuenta con un término de días para contestar la demanda interpuesta en su contra.

Cabe señalar que de conformidad con lo establecido en el artículo 6 instrumento internacional en cita, el Juzgado que tenga conocimiento de la rogatoria que se en deberá expedir una certificación conforme a la fórmula modelo que se anexa en la que se debe hacer constar: la forma, lugar y fecha del cumplimiento, así como la persona a la que el docume haya sido remitido, o en su caso los motivos por los cuales no se pudo llevar a cabo la notificac solicitada.

Al contestar este oficio, citense los datos contenidos en el ángulo superior derecho.



**SECRETARIA DE RELACIONES EXTERIORES**

Dependencia: DIRECCIÓN GENERAL DE ASUNTO
JURÍDICOS. DIRECCIÓN DE ASISTENC
JURÍDICA INTERNACIONAL.
ASJ

Número: 541-1-1547/03.
Expediente: **RESERVADA**        27325

Asunto: SE REMITE CARTA ROGATORIA PARA
DILIGENCIACIÓN

"2003. Año del CCL Aniversario del Natalicio
Don Miguel Hidalgo y Costilla, Padre de la Patri

--2--

       Una vez efectuada la diligencia, le agradeceré remitir a la brevedad esta Dirección General las constancias de lo actuado, el original del documento exhortatorio y certificación correspondiente a fin de proceder a su devolución a la autoridad requirente.

ATENTAMENTE
LA DIRECTORA DE ASISTENCIA
JURÍDICA INTERNACIONAL

LIC. BERTHA SÁNCHEZ MIRANDA

ANEXO: CARTA RO
GATORIA EN 6 LEGAJOS.
C.c. Yvette Encarnación. KREINDLER & KREINDLER, 100 Park Avenue, New York, N.Y., 10017-5590, E.U.A.- Para
conocimiento.
/AROM
(DG. 11317 y 11318)

Al contestar este oficio, cítense los datos contenidos en el ángulo superior derecho.