

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   2003 NOV 20  P 1: 29

US DISTRICT COURT
HARTFORD CT

ELIZABETH D. McPARLAND, Individually,
on her own behalf as surviving spouse of
KEVIN W. McPARLAND, as Administratrix
of the Estate of KEVIN W. McPARLAND, and
on behalf of all interested beneficiaries,
including PHOEBE LAUFER, MARGARET
McPARLAND, and MICHAEL McPARLAND,

                              Plaintiffs,

              v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL, LTD.,
FLIGHTLINE INTERNATIONAL, S.L., foreign
corporations, AFROSPANIA AIR LINK, LTD. a
foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation,
and ROBERT LOVELESS,

                              Defendants.

CIVIL ACTION NO.
3:02CV1972(AVC)

November 19, 2003

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs in the above captioned matter hereby request that the Court grant an

extension of time up through and including February 20, 2004 to enable plaintiffs to

complete service of the summons and complaint upon the defendant Robert Loveless. As

will be set forth below, plaintiffs are continuing their good faith and due diligent attempts

to effectuate service upon Mr. Loveless in accordance with the provisions of the Hague

Convention. Despite our efforts, however, plaintiffs have been unable to complete service.

Indeed and as we previously advised this Honorable Court, plaintiffs have commenced

service of the summons and complaint pursuant to the provisions of the Hague

November 24, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.