United States District Court
District of Connecticut
FILED AT          BRIDGEPORT

UNITED STATES DISTRICT COURT   11/10   2004
DISTRICT OF CONNECTICUT  Kevin F. Rowe, Clerk
By /s/ _____

MDL DOCKET NO. 1671

---

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

---

ELIZABETH D. McPARLAND, Individually,
on her own behalf as surviving spouse of KEVIN
W. McPARLAND, as Administratrix of the
Estate of KEVIN W. McPARLAND, and on
behalf of all interested beneficiaries, including
PHOEBE LAUFER, MARGARET
McPARLAND, and MICHAEL McPARLAND,

THIS DOCUMENT RELATES
Case No. 3:02cv1972 (WWE)
Case No. A03CA721

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

Plaintiffs,
v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

Defendants.

---

ELIZABETH D. McPARLAND, Individually, on
her own behalf as surviving spouse of
KEVIN W. McPARLAND, as Administratrix of
the ESTATE OF KEVIN W. McPARLAND, and
on behalf of all interested beneficiaries, including
PHOEBE LAUFER, MARGARET McPARLAND,
and MICHAEL McPARLAND,

Plaintiffs,
v.

FAIRCHILD AIRCRAFT INCORPORATED,
FAIRCHILD SWEARINGEN CORP.,
FAIRCHILD DORNIER GmbH, FAIRCHILD
DORNIER LUFTFAHRT GmbH, FAIRCHILD
DORNIER CORP., METRO SUPPORT
SERVICES, INC., a FAIRCHILD DORNIER

COMPANY, FAIRCHILD GEN-AERO, INC.,
FAIRCHILD GEN-AERO, INC,
d/b/a FAIRCHILD AIRCRAFT SERVICES,
FAIRCHILD DORNIER AEROSPACE;
FAIRCHILD AEROSPACE CORPORATION,
and FAIRCHILD AIRCRAFT HOLDING
INCORPORATED,
                              Defendants.

-----------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, by and through their undersigned counsel, that the within action against VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD., FLIGHTLINE INTERNATIONAL, S.L., foreign corporations, is dismissed with prejudice and without costs and that an Order may be entered to that effect.

Dated: November 10, 2004.

| CONDON & FORSYTH LLP | KREINDLER & KREINDLER LLP |
|---|---|
| By _____ | By _____ |
| Diane Westwood Wilson | Francis G. Fleming |
| 685 Third Avenue | 100 Park Avenue |
| New York, New York 10017 | New York, New York 10017-5590 |
| (212) 490-9100 | (212) 687-8181 |
| Attorneys for Defendant FLIGHTLINE, S.L., improperly sued herein as VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD. and FLIGHTLINE INTERNATIONAL, S.L. | Attorneys for Plaintiff |

SO ORDERED:

_____
Hon. Holly B. Fitzsimmons

2