United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

UNITED STATES DISTRICT COURT  11/10  2004
DISTRICT OF CONNECTICUT Kevin F. Rowe, Clerk

By: /s/

-------------------------------------------------------
IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001
-------------------------------------------------------

MDL DOCKET NO. 1671

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

ELIZABETH D. McPARLAND, Individually,
on her own behalf as surviving spouse of KEVIN
W. McPARLAND, as Administratrix of the
Estate of KEVIN W. McPARLAND, and on
behalf of all interested beneficiaries, including
PHOEBE LAUFER, MARGARET
McPARLAND, and MICHAEL McPARLAND,

THIS DOCUMENT RELATES
Case No. 3:02cv1972 (WWE)
Case No. A03CA721

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

                 Plaintiffs,
v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

                 Defendants.
-------------------------------------------------------

-------------------------------------------------------
ELIZABETH D. McPARLAND, Individually, on
her own behalf as surviving spouse of
KEVIN W. McPARLAND, as Administratrix of
the ESTATE OF KEVIN W. McPARLAND, and
on behalf of all interested beneficiaries, including
PHOEBE LAUFER, MARGARET McPARLAND,
and MICHAEL McPARLAND,

                 Plaintiffs,
v.

FAIRCHILD AIRCRAFT INCORPORATED,
FAIRCHILD SWEARINGEN CORP.,
FAIRCHILD DORNIER GmbH, FAIRCHILD
DORNIER LUFTFAHRT GmbH, FAIRCHILD
DORNIER CORP., METRO SUPPORT
SERVICES, INC., a FAIRCHILD DORNIER

COMPANY, FAIRCHILD GEN-AERO, INC.,
FAIRCHILD GEN-AERO, INC,
d/b/a FAIRCHILD AIRCRAFT SERVICES,
FAIRCHILD DORNIER AEROSPACE;
FAIRCHILD AEROSPACE CORPORATION,
and FAIRCHILD AIRCRAFT HOLDING
INCORPORATED,
                                        Defendants.
-----------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, by and through their undersigned counsel, that the within action against VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD., FLIGHTLINE INTERNATIONAL, S.L., foreign corporations, is dismissed with prejudice and without costs and that an Order may be entered to that effect.

Dated: November 10, 2004.

CONDON & FORSYTH LLP

By /s/ Diane Wilson
   Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant FLIGHTLINE, S.L.,
improperly sued herein as VIAJES
FLIGHTLINE, S.L., FLIGHTLINE, LTD.,
FLIGHTLINE INTERNATIONAL, LTD. and
FLIGHTLINE INTERNATIONAL, S.L.

KREINDLER & KREINDLER LLP

By /s/ Francis G. Fleming
   Francis G. Fleming
100 Park Avenue
New York, New York 10017-5590
(212) 687-8181

Attorneys for Plaintiff


SO ORDERED:

/s/ Holly B. Fitzsimmons
Hon. Holly B. Fitzsimmons