UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

---------------------------------------------------------------x
ELIZABETH D. McPARLAND, Individually,
on her own behalf as surviving spouse of KEVIN
W. McPARLAND, as Administratrix of the
Estate of KEVIN W. McPARLAND, and on
behalf of all interested beneficiaries, including
PHOEBE LAUFER, MARGARET
McPARLAND, and MICHAEL McPARLAND,

                           Plaintiffs,
     v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,
                           Defendants.
---------------------------------------------------------------x

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

THIS DOCUMENT RELATES
**Case No. 3:02cv1972 (WWE)**
**Case No. A03CA721**

**NOTICE OF DISMISSAL**



      Plaintiffs, by and through undersigned counsel, pursuant to the provisions of Rule

41, Federal Rules of Civil Procedure, hereby dismiss all claims against defendants

AFROSPANIA AIR LINK, LTD., a foreign corporation, AFROSPANIA LOGISTICS,

INC., a Texas corporation, and ROBERT LOVELESS.

Dated: May 4, 2005

KREINDLER & KREINDLER LLP

By _____
Francis G. Fleming
Andrew J. Maloney
100 Park Avenue
New York, New York 10017-5590
(212) 687-8181

Attorneys for Plaintiffs